UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **Ray Doss**, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No.:1:11-cv-00877 |
| ) | |
| ) | |
| **FMS, Inc.,** a foreign corporation, ) | |
| **Allstate Financial Services**, **Inc.**, a foreign ) | |
| corporation, and ) | |
| **Applied Card Systems, Inc.**, a foreign ) | |
| corporation, ) | |
| ) | |
| *Defendants*. ) | |

## VOLUNTARY NOTICE OF DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, Ray Doss, pursuant to Rule 41(a)(1) of the FEDERAL RULES OF CIVIL PROCEDURE, and moves this Honorable Court to dismiss, with prejudice, his claims against Defendants, FMS, Inc., Allstate Financial Services, Inc. and Applied Card Systems, Inc. Furthermore, the undersigned counsel respectfully notifies this Honorable Court that this case is now set to be closed.

**RESPECTFULLY SUBMITTED** this the 11th day of January, 2012.

/s/ **Anthony B. Bush**
Anthony Brian Bush (BUS028)
*Attorney for Plaintiff*
**Lewis, Bush & Faulk, LLC**
400 South Union Street, Suite 230
Montgomery, Alabama 36104
Phone:(334) 263-7733
Facsimile:(334) 832-4390
Bar Id. #:  ASB-7306-A54B

## CERTIFICATE OF SERVICE

       I hereby certify that I have served a true and accurate copy of the foregoing document upon the following via United States Postal Mail, properly addressed and postage prepaid, this Court's CM/ECF electronic filing system which will send electronic notification, or email on this the 11th day of January, 2012:

**Applied Card Systems, Inc.**
4700 Exchange Court
Boca Raton, Florida 33431

**FMS, Inc.** a/k/a Oklahoma FMS, Inc.
c/o CSC Lawyers Incorporating Service, Inc.
150 South Perry Street
Montgomery, Alabama 36104

**Allstate Financial Services**
c/o Michael O'Connor, Registered Agent
1050 East Flamingo Road
Suite E-320
Las Vegas, Nevada 89119

                                                /s/ Anthony B. Bush
                                                Of Counsel