**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 12, 2012

# NOTICE OF VOLUNTARY DISMISSAL

Re:   Ray Doss v. FMS, Inc., et al.
       Civil Action No. 1:11-cv-00877-TFM

Pursuant to the Notice of Voluntary Dismissal with Prejudice filed by the plaintiff on 1/11/2012, and Rule 41(a)(1)(A)(i) of the Fed.R.Civ.P. this case has been closed and removed from the docket of this court.